DAVID KORN, Appellant, *v.* GEORGINE CAMPBELL, Respondent.

(Submitted October 19, 1908; decided October 23, 1908.)

Motion for re-argument denied, with ten dollars costs. (See 192 N. Y. 490.)

---

In the Matter of the Assignment of S. FREDERIC MILLS et al., Individually and as Copartners under the Firm Name of MILLS BROTHERS AND COMPANY.

EDWARD W. HENCK et al., Appellants; ADELAIDE T. BEACH, Respondent.

*Matter of Mills,* 125 App. Div. 730, affirmed.
(Argued October 2, 1908; decided November 10, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 18, 1908, which modified and affirmed as modified an order of the Special Term directing the disposition of certain securities in the possession of the assignee of the bankrupt firm of Mills Brothers & Co.

*Herbert Noble* for Edward W. Henck, appellant.

*Theodore F. Humphrey* for Arthur R. Townsend, appellant.

*Willard U. Taylor* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, HISCOCK and CHASE, JJ.